IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00568-WDM-MJW

CARL L. LITTLEJOHN, SR,

Plaintiff,

v.

C-DOT REGION 6,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Plaintiff's motion captioned "Defendants Request of Documents [sic](docket no. 29) is DENIED for the following reasons. The Pro Se Plaintiff has failed to comply with D.C.COLO.LCivR 7.1 A. Moreover, his motion should be captioned: "Plaintiff's not Defendants [sic] Request for Documents (docket no. 29) since the Pro Se Plaintiff is the one requesting such documents. Furthermore, it does not appear that the Pro Se Plaintiff has followed Fed. R. Civ. P. 34 since there is no averment that the Pro Se Plaintiff ever served the Defendants with Requests for Production of Documents as required under Fed. R. Civ. P. 34.

Pro Se litigants must "comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure." **Odgen v. San Juan County, 32 F.3d 452, 455 (10th Cir. 1994); Hickey v. (NFN) Van Austin et al., 1999 CJC.AR 5979**

The fact that a party is appearing pro se does not relieve that individual from the obligation of complying with all applicable rules of the court. **Colorado v. Carter, 678 F. Supp. 1484, 1490 (D. Colo. 1986); Hall v. Doering, 997 F. Supp. 1464, 1468 (D. Kan. 1998)** (pro se plaintiffs are held to the same rules of procedure which apply to other litigants).

It is not the proper function of the district court to assume the role of advocate for the pro se litigant. **Gibson v. City of Cripple Creek, 48 F 3d 1231, (10th Cir. 1995).**

Date: September 4, 2007